UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | CV 21-8776-MWF(RAOx) | Date: February 23, 2023 |
| Title | ALO, LLC v. Fruits and Passion Boutiques, Inc., et al. | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on November 8, 2021. (Docket No. 1). Plaintiff has never filed a Proof of Service of the Summons and Complaint on Defendant Fruits and Passion Boutiques, Inc., and said Defendant has never entered an appearance in this action.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 6, 2023**.

- ■ BY PLAINTIFF: PROOF OF SERVICE of Summons and Complaint on Defendant Fruits and Passion Boutiques, Inc.

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT.

    OR

- ■ BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT.

Plaintiff may also file a Notice of Dismissal as to Defendant Fruits and Passion Boutiques, Inc. Since the parties have already stipulated to dismissal of the Complaint and Counterclaim as to Defendant The Avon Company Canada

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-8776-MWF(RAOx)**                                          Date: February 23, 2023

Title          **ALO, LLC v. Fruits and Passion Boutiques, Inc., et al.**

Limited and its counterclaim against Plaintiff/Counter-Defendant Alo, LLC, a dismissal of Fruits and Passion Boutiques, Inc. will terminate this action.

  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MARCH 6, 2023** will result in the dismissal of this action as to Fruits and Passion Boutiques, Inc.

  IT IS SO ORDERED.